# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL R. MCNEIL,**
    Plaintiff,

v.                                           Case No. 6:23-cv-769-JA-LHP

**RANDALL B. KINZEY and**
**HARRAN ENTERPRISES, INC,**
    Defendants.

## ORDER OF DISMISSAL

The parties have advised the Court that the above-styled action has been completely settled. (Doc. 11).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 5th, 2023.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties